IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRESE MCKINNON,<br><br>Defendant. | Case No. 1:25-CR-260 |

STATEMENT OF FACTS

The United States and the defendant, TYRESE MCKINNON, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From approximately January to April 2023 and approximately March to April 2024, the defendant participated in a conspiracy to steal motor vehicles from the parking facilities of airports in and around the Washington, D.C. metropolitan area and to transport these vehicles in interstate commerce.

I. **January 3, 2023 Theft of a 2019 Chevrolet Tahoe**

2. On January 4, 2023, law enforcement received a report of a black 2019 Chevrolet Tahoe (Vehicle Identification Number ("VIN") ending in -9725) missing from a parking garage at Reagan Washington National Airport ("Reagan National"), which is located within the Eastern District of Virginia. Video footage from Reagan National on January 3, 2023 showed the defendant and a co-conspirator entering this garage and pulling on the handles of multiple car doors there, in an attempt to enter the vehicles. The footage then showed the Chevrolet Tahoe pulling out of the garage and exiting the facility. Law enforcement later recovered the Chevrolet Tahoe in Washington, D.C.

1

3. Cell-site location information ("CSLI") associated with the defendant's cell phone showed that on January 3, 2023, the defendant was at Reagan National at around the time that the Chevrolet Tahoe was stolen and, later, in an area near the recovery location in Washington, D.C.

## II. February 22, 2023 Theft of a 2020 Jeep Wrangler

4. On February 24, 2023, law enforcement received a report of a gray 2020 Jeep Wrangler (VIN ending in -2041) missing from a parking garage at Reagan National. Video footage from Reagan National on February 22, 2023 showed the defendant and a co-conspirator entering this garage, before the Jeep Wrangler exited the facility. Law enforcement later recovered the Jeep Wrangler in Washington, D.C.

5. CSLI associated with the defendant's cell phone showed that on February 22, 2023, the defendant was at Reagan National in and around the time that the Jeep Wrangler was stolen, before traveling to Maryland and Washington, D.C. A data extraction of the defendant's cell phone also contained multiple photos of the Jeep Wrangler, dated February 23, 2023.

## III. March 26, 2023 Theft of a 2014 Jaguar XF

6. On March 26, 2023, law enforcement received a report of a black 2014 Jaguar XF (VIN ending in -7280) missing from a parking garage at Reagan National. The owners of the Jaguar XF received a fraud alert for a credit card they had left inside of the vehicle, indicating that the card had recently been used at a store in Temple Hills, Maryland. Video footage from this store showed the defendant and another person using this credit card to make a purchase.

7. CSLI associated with the defendant's cell phone showed that on March 26, 2023, the defendant was at Reagan National, before traveling to Washington, D.C. and Maryland. The data extraction from the defendant's cell phone also contained multiple photos of the Jaguar XF, dated March 27, 2023.

8. Law enforcement later recovered the Jaguar XF in Washington, D.C.

### IV. April 4, 2023 Theft of a 2008 Land Rover Range Rover

9. On April 4, 2023, law enforcement received a report of a black 2008 Land Rover Range Rover (VIN ending in -5334) missing from a garage at Reagan National. Law enforcement later recovered this vehicle in Maryland. Video footage from Reagan National on April 3, 2023 showed the defendant entering this garage and pulling on the handles of several vehicles there, in an attempt to enter them.

10. CSLI associated with the defendant's cell phone showed that on April 3, 2023, the defendant was at Reagan National in and around the time that the Range Rover was stolen, before traveling to Washington, D.C. and Maryland. The data extraction from the defendant's cell phone contained a photo of the Range Rover, dated April 4, 2023, as well as a search for the approximate location in Maryland where the vehicle was recovered.

### V. March 13, 2024 Theft of a 2021 Honda Pilot

11. The defendant was incarcerated on local charges for some portion of the period between April 2023 and March 2024. Beginning in at least March 2024, the defendant stole additional vehicles from local airports, as part of the same conspiracy described above.

12. On March 13, 2024, law enforcement received a report of a white 2021 Honda Pilot (VIN ending in -5890) missing from a parking garage at Reagan National. Video footage from Reagan National from that date showed the defendant pulling on the handle of the Honda Pilot, entering it, and then driving it through the garage and out of the facility. Law enforcement later recovered the vehicle in Maryland.

### VI. April 5, 2024 Theft of a 2020 Kia Sportage

13. On April 5, 2024, law enforcement, conducting visual surveillance, observed the defendant travel to Baltimore/Washington International Thurgood Marshall Airport ("BWI Airport"), located in Maryland. Law enforcement later observed the defendant leave BWI Airport

driving a silver 2020 Kia Sportage. The same Kia Sportage (VIN ending in -5658) was reported stolen from BWI Airport that day.

14. On April 8, 2024, law enforcement observed the defendant in Washington, D.C., standing close to the Kia Sportage. Law enforcement later observed a co-conspirator of the defendant driving the vehicle.

15. The estimated values of each of the above-referenced vehicles were listed in police reports associated with the vehicles' thefts. The combined value of the above-referenced vehicles is between $150,000 and $250,000.

16. The defendant, knowing that the above-referenced vehicles had been stolen, transported or agreed to have transported each of them in interstate commerce.

17.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

18.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: _____
Assistant United States Attorney

Date: September 25, 2025

After consulting with my attorney and pursuant to the plea agreement entered into this day between the United States and me, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TYRESE MCKINNON
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Todd Richman, Esq.
Counsel for the Defendant

5